

**UNITED STATE DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUN 16 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| **EDMOND DEMIRAJ,** § <br> Alien Registration No. 74 700 122 § <br> Petitioner, § <br> § <br> v. § <br> _____, § <br> **PHILLIP TUTAK, Interim Director,** § <br> **Bureau of Immigration and Customs** § <br> **Enforcement ("BICE")** § <br> **Harlingen District, Et. Al.** § <br> Respondents. § <br> § | CIVIL ACTION NO. <br> **B-03-114** |

**EMERGENCY APPLICATION FOR STAY OF EXECUTION OF**
**ORDER OF REMOVAL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Petitioner Edmond Demiraj in the above styled and numbered cause and respectfully moves this honorable Court to stay the execution of the outstanding order of removal providing for Petitioner's deportation from the United States and granting him an emergency hearing. In support of this motion, Petitioner would show the Court the following:

1. Simultaneously with the filing of this Application, Petitioner has filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief seeking a judicial declaration that first, the Petitioner's removal to Albania would result in the death or serious injury of the respondent as a result of a danger created by the United States government when Petitioner was named a material witness in Case No: second, third, that Petitioner's removal to Albania would be in violation of the Due Process clause of the Fifth Amendment of the U.S. Constitution; that the government

must protect Petitioner from the danger to Petitioner's life created by the United States government; and fourth, that as a result of this government created danger Petitioner is to be immediately released from the custody of the BICE and is entitled to remain in the United States in lawful immigration status under the protection of the United States government.

2. As more fully alleged in the Petition, Petitioner Edmond Demiraj is in immediate danger of being removed to Albania by Respondents. The removal of Petitioner to Albania while these proceedings are pending would constitute a manifest injustice in violation of his constitutional rights.

3. Petitioner seeks this stay *ex parte* to maintain the *status quo* while his litigation is pending. The Department of Homeland Security ("DHS") will suffer no hardship if the stay of removal is granted. However, Petitioner will suffer a tremendous hardship if the stay is denied and his deportation is effectuated. Moreover, his ability to pursue his petition will be seriously hampered and possibly completely eliminated if he is deported.

4. Petitioner Demiraj first entered the United States on April 11, 1996. He applied for asylum in the United States. Subsequently, his application for asylum was denied by an immigration judge in Houston, Texas and he was ordered removed on February 24, 1998. Petitioner filed an untimely appeal which was summarily denied on August 17, 2001. He than filed a Motion To Reopen which was denied on November 8, 2001. While his Motion To Reopen was pending Petitioner Demiraj was arrested and charged with Conspiracy to harbor illegal aliens and conspiracy to conduct financial transactions affecting interstate commerce in Laredo, Texas. Subsequently, this charge

2

was dismissed and Petitioner Demiraj agreed to be a material witness in related criminal cases pending in Laredo Division, Western District of Texas. On or about May 8, 2002, he was released on an Appearance Bond of Witness and remained under supervised released of the U.S. Pretrial Services Office in Houston, Texas and the former Immigration and Naturalization Service ("INS") in San Antonio, Texas. On August 5, 2002 Petitioner was detained by INS and told that his testimony was no longer needed. He was subsequently deported to Albania on February 11, 2003.

5. Shortly after being deported to Albania, Petitioner Demiraj was shot by Asqueri Bedini, the primary target of the criminal case in which he was named a material witness. Bedini attempted to kill Petitioner Demiraj because Bedini was told that Petitioner Demiraj had agreed to testify against him, his wife and his son, all co-defendants in the same case.

6. After a short recovery time, Petitioner Demiraj fled Albania in fear of his life. He traveled to the United States and crossed the border on April 21, 2003 with the intent of seeking protection from the United States government which placed him in harm's way with willful indifference. Petitioner's illegal entry was detected and he was arrested and detained by BICE near Brownsville, Texas on April 21, 2003. Petitioner is in the custody of BICE, presently.

7. Petitioner's danger if returned to Albania will be state –created and his removal would constitute a violation of his rights guaranteed by the Fifth Amendment, United States Constitution. Under the Due Process Clause of the Fifth Amendment, the government has a duty to protect and care for a person when it affirmatively places the person in a position of danger the person would not have otherwise faced. *See Morin v.*

*Moore*, 309 F.3d 316, 321 (5th Cir. 2002) (relying on *Deshaney v. Winnebago County Dep't of Soc. Servs.*, 489 U.S. 189, 195.

7. On June 12, 2003, Undersign counsel attempted to communicate with a representative of the U.S. Attorney's Office in Brownsville, Texas in regards to this Application. Undersign counsel was told that no one was available to confer.

WHEREFORE, Petitioner Edmond Demiraj prays that this Court issue its Order staying the enforcement of the Order of Removal against Petitioner pending the Court's judgment in these proceedings, and prohibiting the Respondents from removing Petitioner Edmond Demiraj from the United States until his Petition can be heard on the merits and decided.

Respectfully submitted,

By: /s/ Yvette M. Mastin
Yvette M. Mastin
MN Bar No. 0306770
S.D. of TX Id. No. 27987
2323 S. Voss, Suite 420
Houston, TX 77057.
Tel. No. 832-251-3662
Fax No. 832-251-3664
ATTORNEY FOR PETITIONER
Edmond Demiraj

## CERTIFICATE OF SERVICE

I, Yvette M. Mastin, certify that on June 12, 2003, a true and correct copy of the foregoing was served on the following individuals via U.S. mail – certified return receipt requested.

Michael T. Shelby
U.S. Attorney's Office
Southern District of Texas
910 Travis Street, Suite 1500
P.O. Box 61129
Houston, Texas 77208

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-001

Yvette M. Mastin