**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED
JUN 17 2003
Michael N. Milby, Clerk of Court

| | |
|---|---|
| EDMOND DEMIRAJ,<br>Alien Registration No. 74 700 122<br><br>VS<br><br>PHILLIP TUTAK, Interim Director<br>Bureau of Immigration and Customs<br>Enforcement ("BICE")<br>Harlingen District, et al | *<br>*<br>*<br>*   C.A. NO. B-03-114<br>*<br>*<br>*<br>*<br>* |

United States District Court
Southern District of Texas
ENTERED
JUN 17 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER SETTING HEARING

Petitioner Edmond Demiraj's Motion for an Emergency Application of Execution of Order of Removal is hereby set for the 18th day of June 2003, at 2:00 p.m.

Phillip Tutak, Interim Director, Bureau of Immigration and Customs Enforcement, Harlingen District, is hereby ORDERED to produce the Petitioner Edmond Demiraj at the above scheduled emergency hearing.

Signed this 17th day of June 2003.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, Texas 78520