4

```
COURTROOM MINUTES:  John Wm Black Judge Presiding
                    Southern District of Texas, Brownsville Division

Courtroom Clerk   :   M Garcia
ERO               :   R Pinales
CSO               :   Salinas
Law Clerk         :   R Bryd
Interpreter       :   not needed
Date              :   June 18, 2003 at 2:40 p.m.
```

United States District Court
Southern District of Texas
FILED

JUN 1 8 2003

Michael N. Milby
Clerk of Court

CIVIL CASE NO. B-03-CV-114

EDMOND DEMIRAJ                              *            Yvette M Mastin

vs                                          *

Phillip Tutak, Interim District             *            L Putnam
Director Bureau of Immigration
and Customs Enforcement et al

## H E A R I N G

Yvette Marie Mastin present with Edmond Demiraj;
Lisa Putnam present for the Bureau of Immigration and Customs Enforcement;

Ms. Mastin states she is seeking a stay of execution for her client from being deported to Albania and states Mr Demiraj feels he is in great danger if returned;

Counsel states that while Mr Demiraj was in Albania, he was shot & recovered and further states that his prior deportation has been reinstated;

Ms Putnam states a prior deportation order can be reinstate without notice and states that if there is "a credible fear" the reinstatement of the deportation will not happen and Mr Demiraj will be allowed to apply for asylum; Ms Putman states there is a pending interview for asylum;

The Court states the Court has no jurisdiction until all of the defendants remedies have been exhausted;

The Court will prepare a Report & Recommendation to Judge Tagle recommending the case be held in abeyance until such time as all remedies has been pursued;

Court adjourned.