UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 19 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDMOND DEMIRAJ, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. B-03-114 |
| § | |
| PHILLIP TUTAK, INTERIM DIRECTOR § | |
| BUREAU OF IMMIGRATION AND § | |
| CUSTOMS ENFORCEMENT ("BICE") § | |
| HARLINGEN DISTRICT, ET AL. § | |
| Respondent. § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Petitioner Edmond Demiraj's Application for a Writ of Habeas Corpus, pursuant to 28 U.S.C. Section 2241 (Doc. # 1). Petitioner filed an emergency application asking for a stay of execution of his order of removal (Doc. # 2). This Court granted the Petitioner an emergency hearing, which was held on June 18, 2003 (Doc. # 3). In light of said hearing, this Court hereby recommends that Petitioner's Application for a Writ of Habeas Corpus be held in abeyance until administrative remedies are exhausted by the Petitioner.

Petitioner claims that his life would be in danger if he returned to his home country, and currently has an asylum application pending. An immigration officer is scheduled to interview Petitioner regarding his claims. If the immigration official finds that Petitioner has a "credible fear," then further proceedings will be initiated at the administrative level. If the immigration official does not make such a finding, then Petitioner should be allowed to go forward with this federal district court claim. The attorney representing the government assured the court on the

record at the June 18th hearing that the Petitioner would not be deported so long as administrative and/or habeas corpus proceedings are pending.

## RECOMMENDATION

For the above stated reasons, Petitioner's claims should be held in abeyance until his administrative claims are exhausted.

A party's failure to file written objections to the proposed findings, conclusion, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon the grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusion accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United States Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas this 19th day of June, 2003.

Felix Recio
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDMOND DEMIRAJ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-114 |
| | § | |
| PHILLIP TUTAK, INTERIM DIRECTOR | § | |
| BUREAU OF IMMIGRATION AND | § | |
| CUSTOMS ENFORCEMENT ("BICE") | § | |
| HARLINGEN DISTRICT, ET AL. | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file and the pleadings filed therein, the Magistrate's Report and Recommendation is hereby ADOPTED. Edmond Demiraj's Application for a Writ of Habeas Corpus, pursuant to 28 U.S.C. Section 2241, is hereby held in abeyance pending the exhaustion of Petitioner's administrative remedies.

DONE in Brownsville, Texas on this _____ day of _____, 2003.


_____
Hilda Tagle
United States District Judge