UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDMOND DEMIRAJ,<br>Petitioner,<br><br>v.<br><br>PHILLIP TUTAK, INTERIM DIRECTOR<br>BUREAU OF IMMIGRATION AND<br>CUSTOMS ENFORCEMENT ("BICE")<br>HARLINGEN DISTRICT, ET AL.<br>Respondent. | §<br>§<br>§<br>§ CIVIL ACTION NO. B-03-114<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file and the pleadings filed therein, the Magistrate's Report and Recommendation is hereby ADOPTED. Edmond Demiraj's Application for a Writ of Habeas Corpus, pursuant to 28 U.S.C. Section 2241, is hereby held in abeyance pending the exhaustion of Petitioner's administrative remedies.

DONE in Brownsville, Texas on this ___ day of _____, 2003.

Hilda Tagle
United States District Judge