IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDMOND DEMIRAJ, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>PHILIP TUTAK, Interim Director )<br>    of BICE, et al. )<br>)<br>    Respondent. )<br>_____) | CIVIL ACTION NO.<br>B-03-114 |

**RESPONDENTS' OPPOSED MOTION TO DISMISS
THE PETITION FOR WRIT OF HABEAS CORPUS
WITH INCORPORATED POINTS AND AUTHORITIES**

# GOVERNMENT EXHIBIT "A"

IMMIGRATION COURT
RT 3 BOX 341   BUENA VISTA DR
LOS FRESNOS, TX   78566

In the Matter of:                                    Case No:   A74-700-122

DEMIRAJ, EDMOND

Applicant                                            IN WITHHOLDING-ONLY PROCEEDINGS

On Behalf of the Applicant                           On Behalf of the INS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Nov 19, 2003 and
is issued solely for the convenience of the parties. If the proceedings
should be appealed or reopened, the oral decision will become the official
opinion in the case.

   ORDER:    It is hereby ordered that the applicant's request for:

   [ ] 1. Withholding of Removal under INA 241(b)(3) is:
          [✓]  Granted
          [ ]  Withdrawn
          [ ]  Denied

   [ ] 2. Withholding of Removal under the Convention Against Torture is:
          [ ]  Granted
          [ ]  Withdrawn
          [✓]  Denied

   [ ] 3. Deferral of Removal under the Convention Against Torture is
          granted.

   Date:   Nov 19, 2003

                                         _____
                                         DAVID AYALA
                                         Immigration Judge

APPEAL: WAIVED
APPEAL DUE BY:

---

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:   MAIL (M)      PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [✓] ALIEN's ATT/REP  [✓] INS
DATE: 11/19/03       BY: COURT STAFF
       Attachments:  [✓] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

Q5

JC5