IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDMOND DEMIRAJ, <br><br>　　Petitioner, <br><br>v. <br><br>PHILIP TUTAK, Interim Director <br>　　of BICE, et al. <br><br>　　Respondent. | CIVIL ACTION NO. <br>B-03-114 |

RESPONDENTS' OPPOSED MOTION TO DISMISS
THE PETITION FOR WRIT OF HABEAS CORPUS
WITH INCORPORATED POINTS AND AUTHORITIES

# GOVERNMENT EXHIBIT "B"

## NOTIFICATION REQUIREMENT FOR CHANGE OF ADDRESS
### *REQUISITO DE NOTIFICACION DE CAMBIO DE DIRECCION*



DEC ?? 2003

NO ACTION REQUIRED

**Please be advised that any address change must be reported to:**
*Quede advertido que cualquier cambio de direccion debe ser reportado a:*

| | |
|---|---|
| **Executive Office for** | **U.S. Immigration and** |
| **Immigration Review** & | **Naturalization Service** |
| 201 East Jackson | 1717 Zoy St |
| Harlingen, Texas 78550 | Harlingen, Texas 78550 |

**The notice must include your alien registration number.**
*La notificacion tiene que incluir su numero de expediente como extranjero.*

**Failure to report your address change to BOTH agencies may result in any or all of the following actions:**
*Falta de reportar su cambio de direccion a AMBAS agencias puede resultar en cualquiera o todas las acciones siguientes:*

1. A deportation hearing may be held in your absence under Section 242(b) of the Immigration and Nationality Act.
   *Una audencia de deportacion puede ser conducida en su ausencia de acuerdo con la ley bajo la Seccion 242(b) del Acta de Inmigracion y Nacionalidad;*
2. An Order of Deportation may be entered against you.
   *Se podria levantar una orden de deportacion en su contra;1*
3. Forfeiture of your bond.
   *Perdida de su fianza;*
4. Issuance of a warrant for your arrest and deportation.
   *Que se expida una orden para su arresto y deportacion;*

| My Name, Alien Registration Number and Mailing address is: | DEMIRAJ, Edmond   A74 700 122 |
|---|---|
| Mi nombre, Numero de Expediente como Extranjero y Direccion Postal | 535 W Nasa Rd Apt 2006 |
| | Webster, Tx 77598 |

I hereby acknowledge that I have read or had read to me and have been explained the above and that I understand its contents.
*Por lo presente reconozco que he leido o se m ha leido esta notificacion y que me han explicado lo escrito y he entendido el contenido.*

11-20-03                                                     [signature]
Date/Fecha                                                   Signature/Firma

## CERTIFICATE OF SERVICE

Served by me at   Los Fresnos, Tx   , on   November 20, 2003   at   3:25 pm

[signature]   Deportation Officer
Signature & Title of employee or officer