**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| EDMOND DEMIRAJ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | B-03-114 |
| PHILIP TUTAK, Interim Director ) | |
| of BICE, et al. ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Upon consideration of the Respondents' Opposed Motion to Dismiss and Petitioner's response thereto, the Court finds the motion should be granted.

It is therefore

ORDERED, ADJUDGED AND DECREED that the petition for writ of habeas corpus is dismissed.

This is a final order.

Done this _____ day of _____, 2006.

_____