IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDMOND DEMIRAJ, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. B-03-114 |
| § | |
| PHILLIP TUTAK, INTERIM DIRECTOR § | |
| BUREAU OF IMMIGRATION AND § | |
| CUSTOMS ENFORCEMENT ("BICE") § | |
| HARLINGEN DISTRICT, ET AL. § | |
| § | |
| Respondent. § | |

## ORDER

BE IT REMEMBERED, that on November 14, 2006, the Court **ORDERED** Petitioner to clarify the submission date of Petitioner's Response to Magistrate Judge's Report & Recommendation. Dkt. No. 9.

Petitioner's Response to Magistrate Judge's Report & Recommendation was filed with the Court on October 3, 2006, as indicated by the Clerk of the Court's file stamp on the document. *Id.* at 1. However, Petitioner's response states that the filing is "[r]espectfully submitted this 12th day of June, 2003." *Id.* at 3. Therefore, the Court **ORDERS** Petitioner to clarify the submission date of Petitioner's Response to Magistrate Judge's Report & Recommendation. Dkt. No. 9.

DONE at Brownsville, Texas, this 14 day of November, 2006.

Hilda G. Tagle
United States District Judge