UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 8 2006

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EDMOND DEMIRAJ, § | |
| Petitioner, § | |
| § | CIVIL ACTION NO. B-03-114 |
| § | |
| v. | |
| § | |
| PHILLIP TUTAK, INTERIM DIRECTOR § | |
| BUREA OF IMMIGRATION AND § | |
| AND CUSTOMS ENFORCEMENT ("BICE") § | |
| HARLINGEN DISTRICT, ET AL. § | |
| Respondent. § | |

### PETITIONER'S CLARIFICATION OF SUBMISSION DATE IN PETITIONER'S RESPONSE TO MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

The submission date written in Petitioner's Response to Magistrate Judge's Report & Recommendation should have been typed to read "[r]espectfully submitted this 2nd day of October 2006."

Undersigned counsel apologizes for any inconvenience this error may have caused this honorable court.

Respectfully submitted this 6th day of December, 2006.

_____
Yvette M. Mastin
MN Bar No. 0306770
S.D. Of Texas ID No. 27987
2323 South Voss Road, Suite 420
Houston, Texas 77057
Tel. No. (832) 251-3662
Fax. No. (832) 251-3664
ATTORNEY FOR
Edmond Demiraj

## CERTIFICATE OF SERVICE

I, Yvette M. Mastin, certify that on December 6, 2006, a true and correct copy of the foregoing was served on the following individuals via First Class Mail by the U.S. PS. At the following address:

Michael T. Shelby
U.S. Attorney's Office
Southern District of Texas
600 E. Harrison St
Suite 201
Brownsville, TX 78520

*[signature: Yvette M. Mastin]*