IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDMOND DEMIRAJ, | § § § § | |
| Petitioner, | | |
| v. | § § | CIVIL ACTION NO. B-03-114 |
| PHILLIP TUTAK, INTERIM DIRECTOR BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT ("BICE") HARLINGEN DISTRICT, ET AL., | § § § § § § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be **ADOPTED**.

Therefore, the Court **DISMISSES** Petitioner's Writ of Habeas Corpus, Dkt. No. 1, and **GRANTS** the Government's Opposed Motion to Dismiss the Petition for Writ of Habeas Corpus, Dkt. No. 7.

DONE at Brownsville, Texas, this ____ day of December, 2006.

Hilda G. Tagle
United States District Judge